IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL NO. 16-520 |
| : | |
| DANTE HENRY DOZIER  : | |
| *Aka Darren Dozier* : | |

### ORDER

**AND NOW,** this 28th day of November 2017, upon consideration of the United States' Motion for final order of forfeiture (ECF Doc. No. 40), this Court's September 21, 2017 Order for the Forfeiture of certain properties (ECF Doc. No. 39), the United States having placed notice of the Forfeiture on an official government internet site (www.forfeiture.gov) for 30 consecutive days beginning September 23, 2017 (ECF Doc. No. 40-1) under Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, no third party petitioning for a hearing on the validity of any alleged interest in the subject properties, based on the Defendant's guilty plea and finding the Defendant had an interest in the properties subject to forfeiture under 18 U.S.C. § 2253, it is **ORDERED** the United States' Motion for a final order of forfeiture (ECF Doc. No. 40) is **GRANTED** and:

1. All right, title and interest of all persons, their heirs and assigns, in the property described below ("Forfeited Property"), is fully and finally forfeited to the United States of America under 21 U.S.C. § 853(n)(7):

   a) one (1) LG Cell Phone, serial number 410CYHE0283353;

   b) one (1) Budget Mobile UNX Cell Phone, serial number S1005C12037898;

      c)      one (1) LG Cell Phone,
IMEI serial number 354626075921084;

      d)      one (1) Samsung Cell Phone, FCCID,
serial number A3LSMG360T;

      e)      one (1) Samsung Cell Phone, Model SM-G360T,
serial number G360T1UVU1A0FA;

2. All right, title and interest of all persons, their heirs and assigns in the Forfeited Property is vested in the United States.

3. The United States Marshal Service and/or the Federal Bureau of Investigation shall dispose of the Forfeited Property under the Law and Rules of this Court.

_____
KEARNEY, J.